UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-<u>00062-IM</u> |
| v. | INFORMATION |
| TEMIKA GARDNER, | 18 U.S.C. § 111(a)(1) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Assaulting a Federal Officer)**
**(18 U.S.C. § 111(a)(1))**

On or about October 23, 2025, in the District of Oregon, defendant **Temika Gardner**,

did forcibly assault Adult Victim 1 (AV1), a person designated as a federal officer under

///

///

///

///

///

///

///

**Information**                                                                 **Page 1**

18 U.S.C. § 1114, while AV1 was engaged in, and on account of the performance of AV1's

official duties;

In violation of Title 18, United States Code, 111(a)(1).

Dated: March 16, 2026                               Respectfully submitted,

                                                    SCOTT E. BRADFORD
                                                    United States Attorney

                                                    _____
                                                    KATHERINE A. RYKKEN, CSB # 267196
                                                    Assistant United States Attorney

**Information**                                                           **Page 2**