Robert Hamilton, OSB # 012730
Assistant Federal Public Defender
Email: robert_hamilton@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
Tel: (503) 326-2123

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:26-cr-00062-JR-1 |
| Plaintiff, | |
| v. | DEFENDANT'S SENTENCING MEMORANDUM |
| TEMIKA GARDNER, | |
| Defendant. | |

Temika Gardner will appear before this Court on July 27, 2026, for sentencing upon her plea of guilty to Count One of the Indictment, which charges misdemeanor Assaulting or Impeding a Federal Officer, in violation of Title 18, U.S.C., § 111(a)(1). For the reasons outlined in other sentencing materials before the Court, the defense respectfully recommends that the Court sentence Ms. Gardner to the jointly recommended sentence of time served. Ms. Gardner requests the Court impose six months of supervision subject to the conditions addressed in other materials.

Dated: July 22, 2026.

/s/ Robert Hamilton
Robert Hamilton, OSB #012730

Page 1    DEFENDANT'S SENTENCING MEMORANDUM